**SEALED**

**FILED**

FEB 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___a/c___
       DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:  )  NO 2:11-SW-0054 GGH
Express Mail Envelope            )
EG673764986US addressed to Jerry )
Murdock, 2931 Holdrege Wy, Sac,  )  ORDER RE: REQUEST TO SEAL
CA 95835 with a return address   )  DOCUMENTS
of Mike Watson, 1251 Roslyn Ave, )
Akron, Ohio 44320                )
                                 )

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: February 11, 2011

_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

1