BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932



FILED

SEP 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: Express Mail Envelope EG673764986US addressed to Jerry Murdock 1 2931 Holdrege WY, Sac, CA 95835 with a return address of Mike Watson, 1251 Roslyn Ave Akron, Ohio 44320 | S.W. NO. 2:11-SW-0054 GGH<br><br>APPLICATION AND ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The United States of America hereby requests that this Court unseal the above-captioned search warrant and search warrant affidavit for the reason that the investigating agents have informed me that their investigation no longer requires that those documents to be sealed.

DATED: September 27, 2011

BENJAMIN B. WAGNER
United States Attorney

By: _____
    PAUL A. HEMESATH
    Assistant U.S. Attorney

1

[~~PROPOSED~~] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 9/27, 2011

_____
United States Magistrate Judge
Kendall J. Newman